ETTELDORF, Respondent, vs. YELLOW CAB & TRANSFER COMPANY and another, Appellants.

*March 12—May 1, 1945.*

For the appellants there was a brief by *Schubring, Ryan, Petersen & Sutherland* of Madison,· and oral argument by *Robert J. Sutherland*.

For the respondent there was a brief by *Hill, Beckwith & Harrington* of Madison, and oral argument by *D. V. W. Beckwith*.

PER CURIAM. The trial court found that there was an issue of fact as to which the plaintiff was entitled to a jury trial. We have examined the pleadings and the affidavits filed by the parties and it is our conclusion that the trial court was correct in its determination. In view of the fact that the case must be tried, we have refrained from making comment on the evidentiary facts.

Order affirmed.